**E-filed 12/12/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS LUGO, | No. C 05-0580 JF (PR) |
| Petitioner, | |
| vs. | |
| RICHARD KIRKLAND, Warden of Pelican Bay State Prison at Crescent City, California, | [~~proposed~~] **ORDER** |
| Respondent. | |

    This Court, having considered petitioner's **Ex Parte Request for Extension of Time**, and good cause appearing therefore, it is hereby ORDERED that the Application is granted.

    Petitioner will have until December 19, 2005 to file his Traverse or a Motion for Stay and Abeyance.

Dated: 12/12/05

By: /s/electronic signature authorized
      JEREMY FOGEL
      United States District Judge

Submitted by:

/s/
John R Grele
Attorney for Carlos Lugo

**[Proposed] Order**
**No. C 05-0580 JF (PR)**