```
 1  JOHN R. GRELE                                    **E-filed 1/18/06**
    State Bar No. 167080
 2  703 Market Street, Suite #550
    San Francisco, California 94103
 3  (415) 348-9300 (telephone)
    (415) 348-0364 (fax)
 4
    Attorney for Petitioner
 5  CARLOS LUGO

 6  BILL LOCKYER
    Attorney General
 7  ROBERT R. ANDERSON
    Chief Assistant Attorney General
 8  GERALD A. ENGLER
    Senior Assistant Attorney General
 9  PEGGY S. RUFRA
    Supervising Deputy Attorney General
10  PAMELA K. CRITCHFIELD
    State Bar no. 168024
11  Deputy Attorney General
    (415) 703-5952 (telephone)
12  (415) 793-1234 (fax)

13  Attorneys for Respondent
    RICHARD KIRKLAND
14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

19  CARLOS LUGO,                    )   No. C 05-0580 JF (PR)
                                    )
20              Petitioner,         )
                                    )
21  vs.                             )   STIPULATION AND ORDER RE MOTION
                                    )   FOR STAY
22                                  )
    RICHARD KIRKLAND, Warden of     )
23  Pelican Bay State Prison at Crescent City, )
    California,                     )
24                                  )   Date: January 27, 2006
                Respondent.         )   Time: 9 am
25  _____  )   Court: Hon. Jeremy Fogel

26

27       Petitioner and respondent, having met and conferred, hereby stipulate to and request the

28  following:
```

Stip. & Order re Stay Motion
No. C 05-0580 JF (PR)                         1

1. Due to counsel's illness, petitioner may file his Reply to Opposition to Motion for a Stay on January 17, 2006, pursuant to Civil Local Rule 6-2;

2. The Court will consider the Motion on the papers, without oral argument.

Dated: January 16, 2006.

Respectfully submitted,

JOHN R GRELE
Attorney for Petitioner
CARLOS LUGO

By: _____
    John R Grele

Dated:

Respectfully submitted,

BILL LOCKYER
Attorney General
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFRA
Supervising Deputy Attorney General
PAMELA K. CRITCHFIELD
Deputy Attorney General

Attorneys for Respondent
RICHARD KIRKLAND

By: _____
    Pamela Critchfield

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:    1/18/06

_____
Jeremy Fogel
United States District Judge

Stip. & Order re Stay Motion
No. C 05-0580 JF (PR)                        2