**E-filed 12/12/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS LUGO, ) | No. C 05-0580 JF (PR) |
| Petitioner, ) | |
| vs. ) | |
| ) | [proposed] ORDER |
| RICHARD KIRKLAND, Warden of ) | |
| Pelican Bay State Prison at Crescent City, ) | |
| California, ) | |
| Respondent. ) | |

This Court, having considered petitioner's **Ex Parte Request for Extension of Time**, and good cause appearing therefore, it is hereby ORDERED that the Application is granted.

Petitioner will have until December 19, 2005 to file his Traverse or a Motion for Stay and Abeyance.

Dated: 12/12/05         By: /s/electronic signature authorized
                             JEREMY FOGEL
                             United States District Judge

Submitted by:

\_\_\_/s/_____
John R Grele
Attorney for Carlos Lugo

**[Proposed] Order**
**No. C 05-0580 JF (PR)**