UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARLOS LUGO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>RICHARD KIRKLAND, Warden,<br><br>　　　　Respondent. | Case No: C 05-00580 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Denying the Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered for Respondent.

IT IS SO ORDERED.

Dated: September 28, 2012

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge